# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2018

SEAN F. McAVOY, CLERK

National Electrical Annuity Plan,

*Plaintiff*

v.

Shawna T. Roybal, an individual; and Jeremy L. Hill, an individual,

*Defendant*

Civil Action No. 1:15-CV-3213-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendant Shawna Roybal for the recovery of the remainder of Decedent's NEAP benefits. NEAP shall distribute the remaining balance of Defendant's NEAP benefits to Shawna Roybal without unreasonable delay.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Mary K. Dimke without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: June 4, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb